# Exhibit 1

9/18/12

Annotate Your Screenshot



Posted on **April 19, 2012**

← Previous   Next →



**from Las Vegas, NV**



chrome-extension://alelhddbbhepgpmgidjdcjakblofbmce/edit.html







This entry was posted in **Girls, Nevada** by **admin**. Bookmark the **permalink**.

chris on **April 20, 2012 at 11:17 pm** said:

ONLY the first pic ... The nude ones most def are NOT

Reply ↓

anon on **May 1, 2012 at 2:16 am** said: