# Exhibit 2

You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help



isanyoneup.net    Whois Search    Search

Overview  Whois Lookup  Reverse Whois  Whois History  Hosting History  Screenshot History  Name Server Report  Reverse IP  DNS Tools

## Whois History for Isanyoneup.net on 2012-05-04

Tweet  Like  2k

**Enter a domain name to get its history**

isanyoneup.net    Get History

« Previous                                                                 Next »

| | |
|---|---|
| **Domain:** | **isanyoneup.net** - Whois History |
| **Cache Date:** | 2012-05-04 |
| **Registrar:** | GODADDY.COM, LLC |
| **Server:** | whois.godaddy.com |
| **Created:** | 2011-05-11 |
| **Updated:** | 2012-04-28 |
| **Expires:** | 2013-05-11 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with:<br>bluemistmedia@gmail.com |

```
Registrant:
    Blue Mist Media
    One Penn Plaza
    Suite 6185
    New York, New York 10119
    US

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: ISANYONEUP.NET
        Created on: 11-May-11
        Expires on: 11-May-13
        Last Updated on: 27-Apr-12

    Administrative Contact:
        Chanson, Eric   bluemistmedia@gmail.com
        Blue Mist Media
        One Penn Plaza
        Suite 6185
        New York, New York 10119
        US
        3472868050

    Technical Contact:
        Chanson, Eric   bluemistmedia@gmail.com
        Blue Mist Media
        One Penn Plaza
        Suite 6185
        New York, New York 10119
        US
        3472868050

    Domain servers in listed order:
        MARY.NS.CLOUDFLARE.COM
        MATT.NS.CLOUDFLARE.COM
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

