Marc J. Randazza (Nevada Bar No. 12265)
Ronald D. Green (Nevada Bar No. 7360)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiffs,
*ViaView, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIAVIEW, INC., | Case No. 2:12-cv-01657 |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| ERIC S. CHANSON; KEVIN C. BOLLAERT; CODY ALVIAR; ROY E. CHANSON; AMY L. CHANSON; and BLUE MIST MEDIA, LLC, | |
| Defendants. | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiff hereby files this Certificate of Interested Parties. The undersigned, counsel of record for Plaintiff ViaView, Inc., certifies that the following have an interest in the outcome of this case:

ViaView, Inc. – Plaintiff

CheaterVille, Inc. – Company Affiliated with Plaintiff

James McGibney – CEO of Plaintiff Company

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

//

//

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

Dated September 26th, 2012

Respectfully Submitted,

RANDAZZA LEGAL GROUP

Marc J. Randazza
Ronald D. Green
J. Malcolm DeVoy IV

Attorneys for Plaintiff,
*ViaView, Inc.*

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 2 -

1

## **CERTIFICATE OF SERVICE**

2      Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a

3  representative of Randazza Legal Group and that on this 26th day of September, 2012, I caused

4  documents entitled:

5      •   PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

6  to be served as follows:

7

8  [   ]   by depositing same for mailing in the United States Mail, in a sealed envelope
        addressed to Defendants' known addresses; and/or

9

10 [   ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

11

12 [   ]   to be hand-delivered;

13

14 [ X ]   by the Court's CM/ECF system.

15

16                                    /s/ Marc J. Randazza

17                              Marc J. Randazza

18

19

20

21

22

23

24

25

26

27

28

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 3 -