Marc J. Randazza (Nevada Bar No. 12265)
Ronald D. Green (Nevada Bar No. 7360)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiff,
*ViaView, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIAVIEW, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIC S. CHANSON; KEVIN C. BOLLEART; CODY ALVIAR; ROY E. CHANSON; AMY L. CHANSON; and BLUE MIST MEDIA, LLC, <br><br> Defendants. | Case No. 2:12-cv-01657-GMN-GWF <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT AND MOTION FOR RECONSIDERATION (ECF NO. 31)** <br><br> **(Second Request)** <br><br> **AND** <br><br> **[PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ViaView, Inc. and Defendants Roy Chanson and Amy Chanson, through their respective undersigned counsel, that Plaintiff ViaView, Inc. shall have an additional two weeks to respond to the Motion to Set Aside Default and Default Judgment and Motion for Reconsideration (ECF No. 31) filed by Defendants Roy Chanson and Amy Chanson. Plaintiff's response, which was due on May 27, 2013, is now due on June 10, 2013.

/ / /

/ / /

/ / /

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113

- 1 -

This is the parties' second stipulation extending Plaintiff's time to respond to the Motion. The purpose of this request is to allow the parties an opportunity to finalize settlement. The parties have settled this case and merely need additional time to circulate executed copies of the settlement agreement and complete all of the requirements of the agreement.

Dated May 24, 2013

| RANDAZZA LEGAL GROUP | WEIDE & MILLER, LTD. |
|---|---|
| */s/ Ronald D. Green* | */s/ Ryan Gile* |
| Marc J. Randazza<br>Ronald D. Green<br>J. Malcolm DeVoy IV | Ryan Gile<br>Kendelee L. Works |
| Attorneys for Plaintiff,<br>*ViaView, Inc.* | Attorneys for Defendants,<br>*Roy E. Chanson; Amy L. Chanson* |

**ORDER**

IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

- 2 -