Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
Kendelee L. Works, Esq.
Nevada Bar No. 9611
*kworks@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Roy E. Chanson
and Amy L. Chanson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VIAVIEW, INC., <br><br> Plaintiff <br><br> vs. <br><br> ERIC S. CHANSON; KEVIN C. BOLLAERT; CODY ALVIAR; ROY E. CHANSON; AMY L. CHANSON; AND BLUE MIST MEDIA, LLC, <br><br> Defendants. | Case No.: 2:12-cv-01657-GMN-GWF <br><br> **STIPULATION AND ORDER TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT AND FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST DEFENDANTS ROY E. CHANSON AND AMY L. CHANSON** |

Plaintiff ViaView, Inc. and Defendants Roy E. Chanson and Amy L. Chanson (collectively "the Parties"), by and through their respective undersigned counsel, pursuant to a settlement agreement ("Settlement Agreement") reached among the Parties, hereby AGREE and STIPULATE as follows:

1. The Default (ECF No. 25) entered by this Court against Defendants Roy E. Chanson and Amy L. Chanson on April 5, 2013, and the Default Judgment (ECF No. 28) entered by this Court against Defendants Roy E. Chanson and Amy L. Chanson on April 22, 2013, are hereby vacated and set aside as to Defendants Roy E. Chanson and Amy L. Chanson only.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2865r1                                                    1

2. All claims by and between Plaintiff ViaView, Inc. and Defendants Roy E. Chanson and Amy L. Chanson in the above-captioned case are hereby dismissed with prejudice.

3. The Court shall retain jurisdiction solely to enforce the terms of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortolf v. Silver Bar Mines, Inc.,* 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

4. Neither the Settlement Agreement nor this Stipulation and Order apply to or have any effect on the Default or the Default Judgment entered by this Court against Defendants Eric S. Chanson, Kevin C. Bolleart, or Blue Mist Media, LLC.

DATED: June 4, 2013

**RANDAZZA LEGAL GROUP**

/s/ *Ronald D. Green*
Marc J. Randazza, Esq.
Ronald D. Green, Esq.
J. Malcolm DeVoy IV, Esq.
6525 W. Warm Springs Road
Suite 100
Las Vegas, Nevada 89118

Attorneys for ViaView, Inc.

DATED:  June 4, 2013

**WEIDE & MILLER, LTD.**

/s/ *Ryan Gile*
Ryan Gile, Esq.
Kendelee L. Works, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128

Attorneys for Roy E. Chanson and Amy L. Chanson

**IT IS SO ORDERED**:

_____

UNITED STATES DISTRICT JUDGE

DATED: _____

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2865r1                              2