Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy IV, NV Bar # 11950
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 (fax)
ecf@randazza.com

Attorneys for Plaintiff
**VIAVIEW, INC.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIA VIEW, INC. | Case No. 2:12-cv-01657 |
| Plaintiff, | **SATISFACTION OF JUDGMENT AS TO DEFENDANT ERIC CHANSON** |
| vs. | |
| Eric Chanson, et. al.. | |
| Defendants. | |

WHEREAS, a default judgment was entered in the above action on April 22, 2013, in favor of Plaintiff ViaView, Inc. in the amount of $330,473.75, inclusive of attorney's fees and costs, and with no interest. Said judgment has been partially paid by Defendant Eric Chanson in an amount sufficient to fully satisfy his debt and obligations under the Judgment to Plaintiff Via View, Inc., and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, it is hereby acknowledged as fully and completely satisfied as to Defendant Eric Chanson only, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment as to

Defendant Eric Chanson only.

Dated: June 16, 2014

RANDAZZA LEGAL GROUP

/s/ 

Marc J. Randazza
Ronald D. Green
J. Malcolm DeVoy

*Attorneys for Plaintiff,*
*ViaView, Inc.*

STATE OF NEVANA   )
                  ) ss.:
COUNTY OF CLARK   )

On the ____ day of June, 2014 before me personally came _____ to me known and known to be a member of the firm of Randazza Legal Group, attorneys for Plaintiff ViaView, Incorporated in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

State of Nevada
County of Clark
This instrument was acknowledged before me on 6/16/14
(date) by (name of person) J. Malcolm DeVoy
(Notary stamp) (Signature of notarial officer)

Notary Public

Print Name: _____

My commission expires on 06/16/14

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DIANNE L HAMRICK
No: 04-87443-1
My Appointment Expires June 16, 2014

2