UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| VIA VIEW INC, | ) |
| Plaintiff, | ) 2:12-cv-01657 GMN-GWF |
| vs. | ) MINUTES OF THE COURT |
| ERIC S. CHANSON, et al | ) DATED April 11, 2016 |
| Defendants. | ) |

PRESENT
THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>        RECORDER:     <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) :     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT (S) :     <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

   The Order on Stipulation of Dismissal (#38) was entered in this case on June 7, 2013. Good cause appearing,

   IT IS ORDERED that the Cash Deposit by Plaintiff, Via View LLC (#12), posted in the amount of $300.00, receipt #NVLAS15005 filed December 12, 2012, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED:  _____
               CHIEF UNITED STATES DISTRICT JUDGE

DATED:     April 15, 2016