CALEB J. LANGSDALE, ESQ
Nevada Bar # 10388
**THE LANGSDALE LAW FIRM, P.C.**
1800 E. Sahara, Suite 103
Las Vegas, Nevada 89104
Telephone: (702) 399-6666
Facsimile: (702) 543-2592
Attorney for Plaintiff
Email: Caleb@langsdalelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VIA VIEW, INC.,<br><br>     Plaintiff,<br>vs.<br><br>ERIC S. CHANSON; KEVIN C. BOLLAERT; CODY ALVIAR; ROY E. CHANSON; AMY L. CHANSON; and BLUE MIST MEDIA, LLC,<br><br>     Defendants, | CASE NO: 2:12-cv-01657-GMN-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

CALEB J. LANGSDALE, ESQ. of THE LANGSDALE LAW FIRM, P.C., pursuant to Rule LR IA 11-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, a substitution of attorney of record is requested for approval of the Court for the Plaintiff VIA VIEW, INC., in place of and stead of MARC J. RANDAZZA, ESQ. of RANDAZZA LEGAL GROUP, PLLC.

Plaintiff, VIAVIEW, INC., hereby, accepts the above and foregoing substitution of attorney.

DATED this 2 day of April 2018.

_____
JAMES McGIBNEY
Authorized Rep for VIAVIEW, INC.

- 1 -

1  I hereby accept the above and foregoing substitution of attorney for Plaintiff VIAVIEW, INC.

DATED this 1st day of April 2018.

/s/ Marc J. Randazza
MARC J. RANDAZZA, ESQ.
Nevada Bar #12265
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147

I hereby accept the above and foregoing substitution of attorney for Plaintiff VIA VIEW, INC.

DATED this __11__ day of April 2018.

/s/
CALEB J. LANGSDALE, ESQ.
Nevada Bar # 10388
The Langsdale Law Firm, P.C.
1800 E. Sahara Ave., Ste 103
Las Vegas, Nevada 89104

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that the foregoing SUBSTITUTION OF ATTORNEY was served, with the Clerk of the Court of the United States District Court by using the Court's CM/ECF system on the ___ day of April 2018.

I Further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

DATED: April ___, 2018

By: /s/ *Caleb Langsdale*
Caleb J. Langsdale Esq.
Nevada Bar No: 10388
1800 E. Sahara Ave., Ste 103
Las Vegas, NV 89104

- 3 -