CALEB J. LANGSDALE, ESQ
Nevada Bar # 10388
THE LANGSDALE LAW FIRM, P.C.
1800 E. Sahara, Suite 103
Las Vegas, Nevada 89104
Telephone: (702) 399-6666
Facsimile: (702) 543-2592
Attorney for Plaintiff
Email: Caleb@langsdalelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VIA VIEW, INC., | ) |
| Plaintiff, | ) CASE NO: 2:12-cv-01657-GMN-GWF |
| vs. | ) |
| ERIC S. CHANSON; KEVIN C. BOLLAERT; CODY ALVIAR; ROY E. CHANSON; AMY L. CHANSON; and BLUE MIST MEDIA, LLC, | ) **SUBSTITUTION OF ATTORNEY** |
| Defendants, | ) |

CALEB J. LANGSDALE, ESQ. of THE LANGSDALE LAW FIRM, P.C., pursuant to Rule LR IA 11-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, a substitution of attorney of record is requested for approval of the Court for the Plaintiff VIA VIEW, INC., in place of and stead of MARC J. RANDAZZA, ESQ. of RANDAZZA LEGAL GROUP, PLLC.

Plaintiff, VIAVIEW, INC., hereby, accepts the above and foregoing substitution of attorney.

DATED this 2 day of April 2018.

JAMES McGIBNEY
Authorized Rep for VIAVIEW, INC.

- 1 -

1  I hereby accept the above and foregoing substitution of attorney for Plaintiff VIAVIEW, INC.

DATED this 1st day of April 2018.

/s/ Marc J. Randazza
MARC J. RANDAZZA, ESQ.
Nevada Bar #12265
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147

I hereby accept the above and foregoing substitution of attorney for Plaintiff VIA VIEW, INC.

DATED this __11__ day of April 2018.

/s/
CALEB J. LANGSDALE, ESQ.
Nevada Bar # 10388
The Langsdale Law Firm, P.C.
1800 E. Sahara Ave., Ste 103
Las Vegas, Nevada 89104

**IT IS SO ORDERED:**

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: __5/29/2018__